UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>RUBIO'S RESTAURANTS, INC., a Delaware Corporation,<br><br>　　　　　　　　　Defendant. | Case No.: 3:24-cv-00612-JES-JLB<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE** |

On July 22, 2024, the Court issued an Order to Show Cause ("OSC") why the case should not be dismissed for failure to prosecute. ECF No. 6. Plaintiff was ordered to file a written response on or before August 2, 2024. *Id*. On August 1, 2024, Plaintiff filed a response to the Court's OSC detailing reasons for the delay and informing the Court that Defendant filed for bankruptcy protection. ECF No. 7. Good cause appearing, the Court **DISSOLVES** its July 22, 2024, OSC. In light of Defendant filing for bankruptcy protection, the Court now stays this matter and **ORDERS** that the parties provide a status update every six months.

///

///

1

**IT IS SO ORDERED.**

Dated: August 13, 2024

_____
Honorable James E. Simmons Jr.
United States District Judge